No. 01–10267.  ROSALES-GARAY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–10269.  PETERS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–10270.  DARLING *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–10271.  COPELAND *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–10272.  SENFFNER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–10281.  JENKINS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–10284.  JONES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–10287.  RIVERA-GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–10288.  RICE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–10289.  FERGUSON, AKA WEINBERGER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–10294.  STEVENSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–881.  GENERAL ELECTRIC CAPITAL CORP., DBA GE CAPITAL, ET AL. *v.* THIESSEN.  C. A. 10th Cir.  Motions of Washington Legal Foundation and United States Chamber of Commerce for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 01–1566.  HAWKINS, INDIVIDUALLY, AND AS TRUSTEE, HAWKINS FAMILY TRUST *v.* VASTAR RESOURCES, INC.  Sup. Ct. Okla.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1577.  MUMME *v.* DEPARTMENT OF LABOR.  C. A. 1st Cir.  Certiorari denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.